UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X

SETH D. HARRIS, Acting Secretary of
Labor, United States Department of
Labor,

                  Plaintiff,         :

       v.                       :

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN     :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL    :
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,      :

               Defendants.    :

-------------------------------------------X

Civil Action No.
12-CV-1511(CM)(GWG)

**ORDER**

THIS MATTER having come before the Court on the
December 23, 2019 application of Judith P. Broach, Independent
Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E.
Pension Plan ("the Pension Fund") and the Exhibition Employees
Local 829 I.A.T.S.E. Annuity Fund ("the Annuity
Fund")(collectively, "the Funds"), for fees for services
performed on behalf of the Funds by the Independent Fiduciary
from September 1 through November 30, 2019 and the law firm of
Stulberg & Walsh, LLP from June 1 through November 30, 2019 and
expenses incurred during said periods, and no opposition having
been filed to the application by any party to the above-
captioned action, and the Court having reviewed the application

papers; it is hereby

**ORDERED**, that the Independent Fiduciary and the law firm Stulberg & Walsh, LLP shall be compensated for work performed and expenses incurred in this matter during the above-stated periods as follows:

By the Pension Fund:

$ 2,676.05 to Broach & Stulberg, LLP

$ 6,770.25 to the Independent Fiduciary

By the Annuity Fund:

$19,012.26 to Broach & Stulberg, LLP

$ 2,374.75 to the Independent Fiduciary

Dated: ~~December~~ January 23 ~~__, 20~~ 2020

Colleen McMahon
United States District Judge