UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SETH D. HARRIS, Acting Secretary of :
Labor, United States Department of
Labor,
                                          :
            Plaintiff,                        Civil Action No.
                                          :   12-CV-1511(CM)(GWG)
      v.
                                          :
JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN         :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL         :   **ORDER**
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY    :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,             :

            Defendants.                   :

------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2020

THIS MATTER having come before the Court on the June 16, 2020 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund") and the Exhibition Employees Local 829 I.A.T.S.E. Annuity Fund ("the Annuity Fund")(collectively, "the Funds"), for fees for services performed by the Independent Fiduciary and the law firm of Stulberg & Walsh, LLP on behalf of the Funds from March 1 through May 31, 2020, and expenses incurred during said period, and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary and the law firm Stulberg & Walsh, LLP shall be compensated for work performed and expenses incurred in this matter during the months of March through May 2020 as follows:

By the Pension Fund:

$4,460.37 to Stulberg & Walsh, LLP

$6,903.00 to the Independent Fiduciary

By the Annuity Fund:

$4,460.37 to Stulberg & Walsh, LLP

$7,876.50 to the Independent Fiduciary

Dated: June 21, 2020

_____
Colleen McMahon
United States District Judge