```
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
SETH D. HARRIS, Acting Secretary of         :
Labor, United States Department of
Labor,
                                            :
                    Plaintiff,                  Civil Action No.
                                            :   12-CV-1511(CM)(GWG)
          v.
                                            :

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN           :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL           :   ORDER
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY      :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,               :

                    Defendants.             :

-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2021

THIS MATTER having come before the Court on the March 12, 2021 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund") and the Exhibition Employees Local 829 I.A.T.S.E. Annuity Fund ("the Annuity Fund")(collectively, "the Funds"), for fees for services performed by the Independent Fiduciary on behalf of the Funds from December 1, 2020 through February 28, 2021 and expenses incurred during said period, and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary shall be compensated for work performed and expenses incurred in this matter during the months of December 2020 through February 2021 as follows:

By the Pension Fund:

$2,507.50 to the Independent Fiduciary

By the Annuity Fund:

$5,192.00 to the Independent Fiduciary

Dated: ~~March~~ April 19, 2021

_____
Colleen McMahon
United States District Judge