USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2021

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SETH D. HARRIS, Acting Secretary of :
Labor, United States Department of
Labor,
                                          :
              Plaintiff,                     Civil Action No.
                                          :  12-CV-1511(CM)(GWG)
     v.
                                          :
JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN         :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL         :  **ORDER**
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY    :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,             :

              Defendants.                 :

------------------------------------------X

THIS MATTER having come before the Court on the June 22, 2021 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund") and the Exhibition Employees Local 829 I.A.T.S.E. Annuity Fund ("the Annuity Fund")(collectively, "the Funds"), for fees for services performed by the Independent Fiduciary on behalf of the Funds from March 1 through May 31, 2021 and by the law firm of Stulberg & Walsh, LLP on behalf of the Funds from December 1, 2020 through May 31, 2021, and expenses incurred during said period, and no opposition having been filed to the application by any party to the above-captioned action, and the Court having

reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary shall be compensated for work performed and expenses incurred in this matter during the months of March through May 2021 and the law firm Stulberg & Walsh, LLP shall be compensated for work performed and expenses incurred in this matter during the months of December 2020 through May 2021 as follows:

By the Pension Fund:

$2,600.20 to Stulberg & Walsh, LLP

$5,560.75 to the Independent Fiduciary

By the Annuity Fund:

$2,600.20 to Stulberg & Walsh, LLP

$7,006.25 to the Independent Fiduciary

Dated: ~~June~~ August 10, 2021

_____
Colleen McMahon
United States District Judge