UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SETH D. HARRIS, Acting Secretary of       :
Labor, United States Department of
Labor,
                                          :
            Plaintiff,                       Civil Action No.
                                          :  12-CV-1511(CM)(GWG)
        v.
                                          :
JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN         :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL         :  **ORDER**
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY    :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,             :

            Defendants.                   :

------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/2022

THIS MATTER having come before the Court on the March 28, 2022 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund") and the Exhibition Employees Local 829 I.A.T.S.E. Annuity Fund ("the Annuity Fund")(collectively, "the Funds"), for fees for services performed by the Independent Fiduciary on behalf of the Funds from December 1, 2021 through February 28, 2022 and for fees for services performed and expenses incurred by the law firm of Stulberg & Walsh, LLP on behalf of the Funds from September 1, 2021 through February 28, 2022, and no opposition having been filed to the application by any party to the above-captioned

action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary shall be compensated for work performed in this matter during the months of December 2021 through February 28, 2022 and the law firm Stulberg & Walsh, LLP shall be compensated for work performed and expenses incurred in this matter during the months of September 2021 through February 2022 as follows:

By the Pension Fund:

$2,994.64 to Stulberg & Walsh, LLP

$6,372.00 to the Independent Fiduciary

By the Annuity Fund:

$2,994.63 to Stulberg & Walsh, LLP

$5,988.50 to the Independent Fiduciary

Dated: March 3, 2022

_____
Colleen McMahon
United States District Judge