UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SETH D. HARRIS, Acting Secretary of      :
Labor, United States Department of
Labor,                                   :

                    Plaintiff,           :        Civil Action No.
                                         :        12-CV-1511(CM)(GWG)
        v.
                                         :
JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN        :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL        :        **ORDER**
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY   :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,            :

                    Defendants.          :

----------------------------------------X

    THIS MATTER having come before the Court on the

July 6, 2022 application of Judith P. Broach, Independent

Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E.

Pension Plan ("the Pension Fund") and the Exhibition Employees

Local 829 I.A.T.S.E. Annuity Fund ("the Annuity

Fund")(collectively, "the Funds"), for fees for services

performed by the Independent Fiduciary on behalf of the Funds

from March 1 through May 31, 2022, for fees for services

performed and expenses incurred by the law firm of Stulberg &

Walsh, LLP on behalf of the Funds during the same period, and

for an increase in the Independent Fiduciary's hourly rate; and

no opposition having been filed to the application by any party

to the above-captioned action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary and the law firm of Stulberg and Walsh, LLP shall be compensated for work performed in this matter during the months of March 1 through May 31, 2022 as follows:

By the Pension Fund:

$2389.75 to Stulberg & Walsh, LLP

$6224.50 to the Independent Fiduciary

By the Annuity Fund:

$2389.75 to Stulberg & Walsh, LLP

$3894.00 to the Independent Fiduciary,

and is further hereby

**ORDERED**, that the Independent Fiduciary's hourly rate for services performed on behalf of the Funds is increased to $350 per hour effective June 1, 2022.

Dated: ~~July~~ August 11, 2022

Colleen McMahon
United States District Judge