UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SETH D. HARRIS, Acting Secretary of     :
Labor, United States Department of
Labor,                                   :

                     Plaintiff,    :      Civil Action No.
                               :      12-CV-1511(CM)(GWG)

    v.                         :

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN       :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL       :      **ORDER**
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY  :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,           :

                   Defendants.    :

------------------------------------------X

THIS MATTER having come before the Court on the
September 15, 2022 application of Judith P. Broach, Independent
Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E.
Pension Plan ("the Pension Fund") and the Exhibition Employees
Local 829 I.A.T.S.E. Annuity Fund ("the Annuity
Fund")(collectively, "the Funds"), for fees for services
performed by the Independent Fiduciary on behalf of the Funds
from June 1 through August 31, 2022; and no opposition having
been filed to the application by any party to the above-
captioned action, and the Court having reviewed the application
papers; it is hereby

    **ORDERED**, that the Independent Fiduciary shall be

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022

Case 1:12-cv-01511-CM   Document 168   Filed 10/17/22   Page 2 of 2

compensated for work performed in this matter during the months of June 1 through August 31, 2022, as follows:

By the Pension Fund:

$7,525.00 to the Independent Fiduciary;

By the Annuity Fund:

$3,325.00 to the Independent Fiduciary.

Dated:   October 17, 2022

_____

Colleen McMahon
United States District Judge