UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SETH D. HARRIS, Acting Secretary of
Labor, United States Department of
Labor,

                    Plaintiff,      :   Civil Action No.
                                     :   12-CV-1511(CM)(GWG)
   v.

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL      :   <u>ORDER</u>
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,

                  Defendants.
---------------------------------------X

    THIS MATTER having come before the Court on the June 23, 2023 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund"), for fees for services performed by the Independent Fiduciary on behalf of the Pension Fund from March 1 through May 31, 2023; and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

    **ORDERED**, that the Independent Fiduciary shall be compensated for work performed on behalf of the Pension Fund during the months of March 1 through May 31, 2023, in the amount

of $11,060.

Dated: July 19, 2023

_____
Colleen McMahon
United States District Judge