UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
SETH D. HARRIS, Acting Secretary of       :
Labor, United States Department of
Labor,                                    :

                    Plaintiff,            :    Civil Action No.
                                          :    12-CV-1511(CM)(GWG)
        v.                                :

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,       :
MANUEL FARINA, JOHN T. HALL, JOHN              APPLICATION OF
HAMILTON, MICHELE SULLIVAN, JOHN          :    INDEPENDENT
WALSH, EXHIBITION EMPLOYEES LOCAL              FIDUCIARY FOR FEES
829 I.A.T.S.E. PENSION PLAN, EXHIBITION   :    FOR SERVICES IN
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUIY     :    JUNE THROUGH
FUND, and EXHIBITION EMPLOYEES LOCAL           AUGUST 2023
829 I.A.T.S.E. VACATION FUND,             :

                    Defendants.           :

-----------------------------------------X


        JUDITH P. BROACH, under penalty of perjury, pursuant to

28 U.S.C. §1746, declares the following to be true and correct:

        1.  Pursuant to this Court's Partial Consent Order ("the

Order"), filed on May 2, 2012, the undersigned was appointed

Independent Fiduciary of the Exhibition Employees Local 829

I.A.T.S.E. Pension Fund ("the Pension Fund"), the Exhibition

Employees Local 829 I.A.T.S.E. Annuity Fund ("the Annuity Fund")

and the Exhibition Employees Local 829 I.A.T.S.E. Vacation Fund

("the Vacation Fund")(collectively, "the Funds"). Under the

terms of the Order, the Independent Fiduciary's appointment was

for an initial term of 120 days. By this Court's Second Partial

Consent Order ("the Second Order"), filed on September 4, 2012,

the Independent Fiduciary's term was extended for an additional

120 days.  On June 28, 2013, this Court filed its Consent Order
and Judgment ("the Judgment").  Pursuant to the Judgment, the
Independent Fiduciary's term was continued for an indefinite
period.

2.  The Judgment provides, at paragraph "12," that the
Independent Fiduciary's responsibilities include "plenary
authority to administer the Funds" and "other activities
required to ensure the prudent and sound administration of the
Funds."  Because it no longer had any contributing employers,
the Independent Fiduciary terminated the Vacation Fund effective
June 30, 2015.  On or about December 14, 2015, after all benefit
and administrative expense obligations of the Vacation Fund were
paid, the Independent Fiduciary filed a final Form 5500 with the
Internal Revenue Service and U.S. Department of Labor on behalf
of that Fund.

3.  As is more fully described in the Independent
Fiduciary's Report to the Court, dated January 6, 2023, due to a
long decline in the number of Union members for whom
contributions were made to the Annuity Fund, which was
exacerbated by the Covid-19 pandemic, the Independent Fiduciary
terminated the Annuity Fund effective July 30, 2021.
Thereafter, all participants received their full account
balances either directly, by payment to their designated IRAs,
or by payment of the account balance to the Pension Benefit
Guaranty Corporation's missing participant program.  On December

31, 2022, after paying all administrative expense obligations of the Annuity Fund, a final payment was made to all participants of their pro-rata share of the small excess then remining in the Annuity Fund.  A Form 5310 Application for Determination upon Termination of Qualified Plan has been filed with the Internal Revenue Service.  A final Form 5500 was filed with the Internal Revenue Service and the U.S. Department of Labor on September 28, 2023.  Because the Annuity Fund no longer has any assets, all services rendered or which will be rendered by the Independent Fiduciary to the Annuity Fund after December 1, 2022, are without compensation.  Accordingly, this application does not, and future applications will not request fees for any services rendered to that Fund.

4.  Pursuant to paragraph "19" of the Judgment, the Independent Fiduciary is to be compensated at the rate of $295 per hour for all attorney time and $85 per hour for paralegal time.  Applications for such fees are to be filed quarterly.  By Order of this Court, dated August 11, 2022, the Independent Fiduciary's compensation was increased to $350 per hour. Application for such fees is to be filed quarterly.

5.  The Independent Fiduciary hereby respectfully requests that she be compensated by the Pension Fund for services rendered in this matter during the months of June 2023 through August 2023 and that the firm of Stulberg & Walsh, LLP be compensated by the Pension Fund for services rendered and

expenses incurred in this matter during the months of December
2022 through August 2023, as follows:

$5,499.33 to Stulberg & Walsh, LLP
$8,015.00 to the Independent Fiduciary

for total fees and expenses of $13,514.33 for said months.

As with fee applications in this matter since 2017,
this application contains separate bills for Stulberg & Walsh,
LLP and the Independent Fiduciary.  As explained in my
application of July 5, 2017, effective April 1, 2017, the
Independent Fiduciary is no longer a partner or employee of the
firm formerly known as Broach & Stulberg, LLP.  While the
Independent Fiduciary maintains an Of Counsel arrangement with
Stulberg & Walsh, and has retained that firm to continue to
perform collections services for the Funds, she is no longer
compensated through that firm.  Accordingly, effective April 1,
2017, the Independent Fiduciary and Stulberg & Walsh must be
compensated separately for services on behalf of the Funds.

6.  In support of this application, the Independent
Fiduciary has attached hereto three print-outs from Stulberg &
Walsh's time and billing computer program. The first print-out
details services performed by the Independent Fiduciary on
behalf of the Pension Fund. The second print-out details
services performed by Stulberg & Walsh, LLP, on behalf of the
Pension Fund.  The third print-out details services performed by
Stulberg & Walsh, LLP, which relate to an action to collect

delinquent contributions owed to the Pension Fund.

**WHEREFORE,** for the foregoing reasons, I respectfully request that the Court grant the Independent Fiduciary's application for fees for her services rendered during the period June 1, 2023 through August 31, 2023, and for the services rendered and costs incurred by Stulberg & Walsh, LLP during the period December 1, 2022 through August 31, 2023, in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:    New York, New York
          October 2, 2023

                                        Judith P. Broach



September 29, 2023


Local 829 I.A.T.S.E. PF-Service as Independent Fid


**For Legal Services Rendered June 1, 2023 through August 31, 2023**

   **Re: Local 829 I.A.T.S.E. Pension Fund -**
      Service as Independent Fiduciary

   **Our file number : 815-001--A**

      Attorneys/Legal Assistants' Services:

|  |  |  | Hrs/Rate | AMOUNT |
|---|---|---|---|---|
| 06/01/23 | JPB | E-mails with J. Harney, Esq. (2); review e-mails from J. Harney, Esq. (2) | 0.30 $350.00/hr | 105.00 |
|  | JPB | Review e-mail from K. Duffie | 0.10 $350.00/hr | 35.00 |
| 06/02/23 | JPB | Review e-mail and attachment from B. Francella | 0.20 $350.00/hr | 70.00 |
|  | JPB | Review e-mail from J. Harney, Esq. | 0.10 $350.00/hr | 35.00 |
| 06/05/23 | JPB | Telephone call with G. Moore, Esq. | 0.30 $350.00/hr | 105.00 |
|  | JPB | E-mails with G. Riccardella | 0.20 $350.00/hr | 70.00 |
| 06/06/23 | JPB | Edit second draft of withdrawal liability policy; e-mail with J. Harney, Esq. re same | 0.50 $350.00/hr | 175.00 |
|  | JPB | Review e-mail from J. Kleiman; e-mail with J. Kleiman | 0.10 $350.00/hr | 35.00 |
| 06/07/23 | JPB | Telephone call with G. Moore, Esq. | 0.10 $350.00/hr | 35.00 |

Stulberg & Walsh
Attorneys at Law  |  T 212.268.1000
F 212.947.6010
www.stulbergwalsh.com  |  14 Wall Street, Suite 5G
New York, New York 10005  

Local 829 I.A.T.S.E. PF-Service as Independent Fiduciary                    Page   2

|  |  |  | Hrs/Rate | AMOUNT |
|---|---|---|---|---|
| 06/08/23 | JPB | Review e-mail from J. Kleiman and attached 2/1/22 actuarial valuation | 0.50 $350.00/hr | 175.00 |
| | JPB | Review e-mail and attachments (3) from S. Schneider; e-mail with S. Schneider | 0.20 $350.00/hr | 70.00 |
| | JPB | Review e-mail from J. Harney. Esq. and attached Segal changes to draft withdrawal liability policy; e-mail with J. Harney, Esq. | 0.40 $350.00/hr | 140.00 |
| 06/12/23 | JPB | Prepare for and conduct meeting of Independent Fiduciary with Fund's professional advisors | 1.70 $350.00/hr | 595.00 |
| | JPB | Review e-mail from K. Duffie; e-mail with K. Duffie | 0.20 $350.00/hr | 70.00 |
| | JPB | Sign and transmit withdrawal liability policy | 0.10 $350.00/hr | 35.00 |
| | JPB | Review e-mails from J. Harney, Esq. (2); e-mails with J. Harney, Esq. (2) | 0.20 $350.00/hr | 70.00 |
| 06/13/23 | JPB | Review e-mail and attachment from S. Schneider; e-mail with S. Schneider | 0.20 $350.00/hr | 70.00 |
| 06/14/23 | JPB | Telephone call with G. Moore, Esq. | 0.10 $350.00/hr | 35.00 |
| 06/15/23 | JPB | Review e-mail and attachment from G. Riccardella | 0.30 $350.00/hr | 105.00 |
| | JPB | Review e-mail from J. Harney, Esq.; e-mail with J. Harney, Esq. | 0.20 $350.00/hr | 70.00 |
| 06/16/23 | JPB | Review e-mails from J. Harney, Esq., J. Kleiman | 0.20 $350.00/hr | 70.00 |
| 06/20/23 | JPB | Review e-mails from J. Kleiman (2), J. Harney, Esq. | 0.30 $350.00/hr | 105.00 |
| 06/21/23 | JPB | Telephone call with participant R. Pressman | 0.30 $350.00/hr | 105.00 |
| 06/22/23 | JPB | Review e-mails from J. Kleiman (2); e-mail with J. Kleiman | 0.20 $350.00/hr | 70.00 |
| | JPB | Telephone call with G. Moore, Esq. | 0.40 $350.00/hr | 140.00 |

Local 829 I.A.T.S.E. PF-Service as Independent Fiduciary                    Page   3

|          |     |                                                                                                                                        | Hrs/Rate             | AMOUNT |
|----------|-----|----------------------------------------------------------------------------------------------------------------------------------------|----------------------|--------|
| 06/22/23 | JPB | Review e-mail from G. Moore, Esq.; e-mail with G. Moore, Esq.                                                                           | 0.30<br>$350.00/hr   | 105.00 |
| 06/23/23 | JPB | Prepare fee application and proposed order                                                                                              | 0.30<br>$350.00/hr   | 105.00 |
| 06/26/23 | JPB | Review manual checks, pre-check register and reconciliation report for July benefit payments; e-mail with S. Schneider re same          | 0.30<br>$350.00/hr   | 105.00 |
| 06/30/23 | JPB | Review e-mail from pensioner C. Curley; e-mail with C. Curley                                                                           | 0.10<br>$350.00/hr   | 35.00  |
|          | JPB | Review e-mail from participant R. Pressman                                                                                              | 0.10<br>$350.00/hr   | 35.00  |
| 07/01/23 | JPB | E-mail with participant Robert Pressman                                                                                                 | 0.10<br>$350.00/hr   | 35.00  |
|          | JPB | E-mail with G. Moore, Esq.                                                                                                              | 0.10<br>$350.00/hr   | 35.00  |
| 07/12/23 | JPB | Telephone call with G. Moore, Esq.                                                                                                      | 0.10<br>$350.00/hr   | 35.00  |
| 07/19/23 | JPB | Review e-mail from G. Moore, Esq.; review R. Pressman Social Security Earnings Statement; e-mails with G. Moore, Esq., R. Pressman       | 0.40<br>$350.00/hr   | 140.00 |
| 07/20/23 | JPB | Review manual checks, pre-check register and reconciliation report for August benefit payments; e-mail with S. Schneider re same        | 0.40<br>$350.00/hr   | 140.00 |
|          | JPB | Review e-mail and attachment from Reynolds Consulting                                                                                   | 0.30<br>$350.00/hr   | 105.00 |
|          | JPB | Telephone call with G. Moore, Esq.                                                                                                      | 0.30<br>$350.00/hr   | 105.00 |
| 07/25/23 | JPB | Review e-mail and attachment from J. Kleiman                                                                                            | 0.50<br>$350.00/hr   | 175.00 |
| 07/26/23 | JPB | E-mail with J. Harney, Esq.                                                                                                             | 0.10<br>$350.00/hr   | 35.00  |
|          | JPB | Telephone call with G. Moore, Esq.                                                                                                      | 0.20<br>$350.00/hr   | 70.00  |

Local 829 I.A.T.S.E. PF-Service as Independent Fiduciary                    Page   4

| | | | Hrs/Rate | AMOUNT |
|---|---|---|---|---|
| 07/26/23 | JPB | E-mail with G. Moore, Esq. | 0.50 $350.00/hr | 175.00 |
| | JPB | E-mail with R. Pressman | 0.10 $350.00/hr | 35.00 |
| 07/27/23 | JPB | Telephone call with J. Harney, Esq. | 0.80 $350.00/hr | 280.00 |
| | JPB | Review e-mail and attachments (18) from G. Ricardella | 0.50 $350.00/hr | 175.00 |
| 07/31/23 | JPB | Review e-mails from G. Moore, Esq., G. Riccardella re bills for professional services; e-mail with G. Riccardella re same | 0.10 $350.00/hr | 35.00 |
| | JPB | Review e-mails from J. Harney, Esq. (2); e-mails with J. Harney, Esq. | 0.10 $350.00/hr | 35.00 |
| | JPB | Review 9 bills for professional services; e-mail with G. Ricardella re same | 0.30 $350.00/hr | 105.00 |
| 08/01/23 | JPB | Review invoices for professional services; e-mails with G. Moore, Esq. (3); J. Harvey, Esq. (2) and G. Riccardella re same; review e-mails from J. Harvey, G. Riccardella | 0.90 $350.00/hr | 315.00 |
| | JPB | Review e-mail from G. Moore, Esq.; telephone call with G. Moore, Esq. | 0.40 $350.00/hr | 140.00 |
| 08/03/23 | JPB | Telephone call with G. Moore, Esq. | 0.90 $350.00/hr | 315.00 |
| | JPB | Review pension application, work history and credited service worksheet for R. Doherty; e-mail with S. Schneider | 0.50 $350.00/hr | 175.00 |
| | JPB | E-mails with G. Moore, Esq. (3); review e-mails from G. Moore, Esq. (2) | 0.60 $350.00/hr | 210.00 |
| 08/04/23 | JPB | E-mail with S. Schneider; review e-mail from S. Schneider | 0.30 $350.00/hr | 105.00 |
| 08/07/23 | JPB | Review and edit draft correspondence with R. Doherty; e-mail with S. Schneider re same | 0.30 $350.00/hr | 105.00 |

Local 829 I.A.T.S.E. PF-Service as Independent Fiduciary                    Page    5

| | | | Hrs/Rate | AMOUNT |
|---|---|---|---|---|
| 08/07/23 | JPB | Review e-mail from G. Moore, Esq.; e-mail with G. Moore, Esq. | 0.20 $350.00/hr | 70.00 |
| 08/09/23 | JPB | E-mail with G. Riccardella | 0.10 $350.00/hr | 35.00 |
| | JPB | Review e-mail and attachment from G. Moore, Esq. | 0.20 $350.00/hr | 70.00 |
| 08/10/23 | JPB | Edit draft minutes of June 12 meeting of Independent Fiduciary and Fund's professional advisors | 1.10 $350.00/hr | 385.00 |
| | JPB | Telephone call with G. Moore, Esq. | 0.30 $350.00/hr | 105.00 |
| | JPB | E-mail with G. Moore, Esq. | 0.30 $350.00/hr | 105.00 |
| 08/12/23 | JPB | Review proposed e-mail to J. Hubicki | 0.20 $350.00/hr | 70.00 |
| 08/15/23 | JPB | Edit proposed e-mail to J. Hubicki; e-mails with G. Moore, Esq. (2) | 0.70 $350.00/hr | 245.00 |
| 08/16/23 | JPB | E-mail with G. Riccardella; review e-mail and attachments (5) from G. Riccardella | 0.30 $350.00/hr | 105.00 |
| 08/18/23 | JPB | Review G. Moore, Esq. edits to draft June minutes | 0.10 $350.00/hr | 35.00 |
| | JPB | E-mail with J. Harney, Esq.; review e-mail from J. Harney, Esq. | 0.10 $350.00/hr | 35.00 |
| | JPB | E-mail with J. Kleiman and K. Duffie | 0.10 $350.00/hr | 35.00 |
| 08/21/23 | JPB | E-mail with G. Moore, Esq.; review e-mail from G. Moore, Esq. | 0.20 $350.00/hr | 70.00 |
| | JPB | Review e-mail from K. Duffie | 0.10 $350.00/hr | 35.00 |
| 08/22/23 | JPB | Review e-mails from K. Duffie (2) | 0.10 $350.00/hr | 35.00 |
| | JPB | Review e-mail from J. Harney, Esq.; e-mail with J. Harney, Esq. | 0.10 $350.00/hr | 35.00 |

Local 829 I.A.T.S.E. PF-Service as Independent Fiduciary                    Page    6

|            |     |                                                                                                              | Hrs/Rate              |    AMOUNT    |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-----------------------|-------------|
| 08/23/23   | JPB | Review manual checks, pre-check register and reconciliation report for September benefit payments; e-mail with S. Schneider re same | 0.30 $350.00/hr | 105.00 |
| 08/24/23   | JPB | E-mails with G. Moore, Esq. (3); telephone call with G. Moore, Esq.                                           | 0.50 $350.00/hr       | 175.00      |
| 08/25/23   | JPB | Review invoices for professional services; e-mail with G. Ricardella re same                                  | 0.30 $350.00/hr       | 105.00      |
|            | JPB | E-mail with J. Harney, Esq                                                                                    | 0.20 $350.00/hr       | 70.00       |
|            | JPB | Review e-mail from J. Kleiman                                                                                 | 0.10 $350.00/hr       | 35.00       |
|            |     | Professional Services Rendered:                                                                               | 22.90                 | $8,015.00   |



September 29, 2023


Local 829 I.A.T.S.E. PF-Service as Independent Fid


**For Legal Services Rendered December 1, 2022 through August 31, 2023**

**Re: Local 829 I.A.T.S.E. Pension Fund –**
Service as Independent Fiduciary

**Our file number : 815-001**

Attorneys/Legal Assistants' Services:

| Date | Initials | Description | Hrs/Rate | AMOUNT |
|---|---|---|---|---|
| 03/01/23 | PJW | Edit minutes | 0.20 $295.00/hr | 59.00 |
| 03/16/23 | YRJ | Edit National Convention Services complaint | 0.30 $295.00/hr | 88.50 |
| | PJW | Edit revised complaint | 0.20 $295.00/hr | 59.00 |
| 03/17/23 | YRJ | E-mail with G. Pahhas | 0.30 $295.00/hr | 88.50 |
| | YRJ | Review interest rate used for calculation | 0.40 $295.00/hr | 118.00 |
| | PJW | Review discrepancy in interest rate percentage between CBA and Delinquency procedures | 0.20 $295.00/hr | 59.00 |
| | PJW | E-mail with G. Pahhas re updated interest calculation | 0.20 $295.00/hr | 59.00 |
| 03/20/23 | YRJ | Edit National Convention Services complaint | 0.80 $295.00/hr | 236.00 |
| | PJW | Prepare for Quarterly Meeting of Independent Fiduciary with Fund Professional Advisors | 0.20 $295.00/hr | 59.00 |

Stulberg & Walsh
Attorneys at Law

T 212.268.1000
F 212.947.6010
www.stulbergwalsh.com

14 Wall Street, Suite 5G
New York, New York 10005

Local 829 I.A.T.S.E. PF-Service as Independent Fiduciary                Page   2

|  |  |  | Hrs/Rate | AMOUNT |
|---|---|---|---|---|
| 03/20/23 | PJW | Attend Quarterly meeting | 0.40<br>$295.00/hr | 118.00 |
|  | PJW | E-mails with J. Harney re Showtime<br>CBA; review documents | 0.30<br>$295.00/hr | 88.50 |
|  | PJW | Review revised National Convention<br>Services complaint | 0.20<br>$295.00/hr | 59.00 |
| 04/03/23 | YRJ | Follow up with G. Pahhas re interest<br>calculation for National Convention<br>Services | 0.10<br>$295.00/hr | 29.50 |
|  | YRJ | Edit National Convention Services<br>complaint | 0.50<br>$295.00/hr | 147.50 |
|  | PJW | E-mail with G. Pahhas re interest<br>update for National Convention<br>Services | 0.10<br>$295.00/hr | 29.50 |
| 04/04/23 | YRJ | Review updated report from G. Pahhas | 0.30<br>$295.00/hr | 88.50 |
|  | PJW | Review revised Audit Report for<br>National Convention Services from G.<br>Pahhas | 0.20<br>$295.00/hr | 59.00 |
|  | PJW | Review revised complaint for National<br>Convention Services | 0.20<br>$295.00/hr | 59.00 |

Professional Services Rendered:            5.10      $1,504.50

Disbursements:

04/18/23 Photocopying expense                             25.00

05/03/23 Westlaw research                                 41.03

       Total Disbursements:                             $66.03

       Current charges:                               $1,570.53



September 29, 2023

Local 829 I.A.T.S.E.- Pension Funds-MES

**For Legal Services Rendered December 1, 2022 through August 31, 2023**

    **Re:** Local 829 I.A.T.S.E.- Funds-MES

    **Our file number : 815-006**

Attorneys/Legal Assistants' Services:

| Date | Initials | Description | Hrs/Rate | AMOUNT |
|---|---|---|---|---|
| 12/02/22 | JLD | Follow up with Albany-based process server to serve notice of deposition on Metropolitan Exposition Services | 0.20 $295.00/hr | 59.00 |
| 12/05/22 | JLD | Telephone call with process server | 0.10 $295.00/hr | 29.50 |
| 12/08/22 | JLD | Prepare Notices of Deposition and Documents for depositions | 2.20 $295.00/hr | 649.00 |
| 12/10/22 | PJW | Review e-mail from counsel for B. Lax, Metropolitan Exposition Principal | 0.10 $295.00/hr | 29.50 |
| 12/12/22 | JLD | Follow up on service of process | 0.10 $295.00/hr | 29.50 |
| 01/10/23 | JLD | E-mail with B. Lax with notices of deposition | 0.40 $295.00/hr | 118.00 |
| 01/11/23 | JLD | E-mail with MES Principal M. Glynn re deposition | 0.20 $295.00/hr | 59.00 |
| 01/12/23 | JLD | Logistics coordination with court reporter service for deposition; prepare exhibits | 1.20 $295.00/hr | 354.00 |
| | JLD | Prepare statement for PJW to read into the record | 0.50 $295.00/hr | 147.50 |

Stulberg & Walsh
Attorneys at Law

T 212.268.1000
F 212.947.6010
www.stulbergwalsh.com

14 Wall Street, Suite 5G
New York, New York 10005

Local 829 I.A.T.S.E.- Pension Funds-MES                                    Page   2

| Date | Atty | Description | Hrs/Rate | AMOUNT |
|---|---|---|---|---|
| 01/12/23 | PJW | Prepare for deposition of MES officer | 0.40<br>$295.00/hr | 118.00 |
| 01/13/23 | JLD | Deposition of MES representative (did not appear) (courtesy discount 1.0) | $295.00/hr | NO CHARGE |
| | PJW | Prepare for deposition of MES officer | 0.30<br>$295.00/hr | 88.50 |
| | PJW | Appear at deposition | 0.40<br>$295.00/hr | 118.00 |
| 03/10/23 | JLD | Prepare subpoena for B. Lax deposition | 0.30<br>$295.00/hr | 88.50 |
| | OS | Factual investigation re MES Principal B. Lax | 0.30<br>$85.00/hr | 25.50 |
| 03/14/23 | JLD | E-mails to M. Glynn and B. Lax re subpoena | 0.30<br>$295.00/hr | 88.50 |
| 03/16/23 | JLD | Review Rule 45 subpoena requirements | 0.40<br>$295.00/hr | 118.00 |
| | PJW | Review Rule 69 re post judgment discovery | 0.10<br>$295.00/hr | 29.50 |
| 03/17/23 | JLD | Prepare Rule 45 subpoena of B. Lax for deposition | 1.50<br>$295.00/hr | 442.50 |
| 03/20/23 | OS | Phone call with process server re B. Lax service; e-mail with JLD | 0.20<br>$85.00/hr | 17.00 |
| 03/21/23 | JLD | Prepare letters to MES principals re depositions | 0.30<br>$295.00/hr | 88.50 |
| 03/22/23 | JLD | E-mail with process server; finalize B. Lax subpoena; identify NJ process server; prepare cover letter to process server | 0.30<br>$295.00/hr | 88.50 |
| | JLD | Prepare e-mail to A. Maurice, Esq., counsel for B. Lax re depositions | 0.20<br>$295.00/hr | 59.00 |
| | OS | E-mail with process server re B. Lax service | 0.40<br>$85.00/hr | 34.00 |
| | OS | Preparation re service of documents | 0.30<br>$85.00/hr | 25.50 |
| | PJW | E-mails to potential deponents | 0.20<br>$295.00/hr | 59.00 |

Local 829 I.A.T.S.E.- Pension Funds-MES                          Page    3

|            |     |                                                        | Hrs/Rate           | AMOUNT |
|------------|-----|--------------------------------------------------------|--------------------|--------|
| 04/04/23   | PJW | Review notice from process server                      | 0.10 $295.00/hr    | 29.50  |
| 05/22/23   | PJW | Review subpeona for MES Principal M. Glynn             | 0.20 $295.00/hr    | 59.00  |
| 06/20/23   | JLD | Conference with PJW re next steps                      | 0.10 $295.00/hr    | 29.50  |
|            | PJW | Conference with JLD re next steps                      | 0.10 $295.00/hr    | 29.50  |
| 06/30/23   | JLD | Prepare and mail follow up letters following deposition no-show (courtesy discount 1.0) | 1.20 $295.00/hr | 354.00 |
| 08/31/23   | JLD | Conference with PJW re next steps on deposing M. Glynn and B. Lax | 0.20 $295.00/hr | 59.00 |
|            | PJW | Conference with JLD re status                          | 0.20 $295.00/hr    | 59.00  |

|                                        |       |            |
|----------------------------------------|-------|------------|
| Professional Services Rendered:        | 13.00 | $3,583.00  |

Disbursements:

|            |                        |        |
|------------|------------------------|--------|
| 03/10/23   | Westlaw research        | 8.75   |
| 03/15/23   | Westlaw research        | 6.81   |
| 03/16/23   | Photocopying expense    | 2.50   |
| 03/17/23   | Westlaw research        | 45.42  |
| 03/20/23   | Photocopying expense    | 4.00   |
| 03/21/23   | Photocopying expense    | 2.50   |
|            | Photocopying expense    | 6.00   |
| 03/22/23   | Witness/subpoena fee    | 98.00  |
| 06/29/23   | Westlaw research        | 7.31   |
| 06/30/23   | Westlaw research        | 16.18  |
| 07/05/23   | Westlaw research        | 140.24 |
| 07/06/23   | Westlaw research        | 8.09   |

|                      |          |
|----------------------|----------|
| Total Disbursements: | $345.80  |

Local 829 I.A.T.S.E.- Pension Funds-MES                              Page    4

|                    | AMOUNT     |
| ------------------ | ---------- |
| Current charges:   | $3,928.80  |