Case 1:12-cv-01511-CM   Document 188   Filed 01/02/24   Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SETH D. HARRIS, Acting Secretary of
Labor, United States Department of
Labor,

               Plaintiff,         Civil Action No.
                                      12-CV-1511(CM)(GWG)
    v.

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL      ORDER
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,

               Defendants.
------------------------------------------X

    THIS MATTER having come before the Court on the December 27, 2023 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund"), for fees for services performed by the Independent Fiduciary on behalf of the Pension Fund from September 1, 2023 through November 30, 2023, and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

    **ORDERED**, that the Independent Fiduciary shall be compensated by the Pension Fund for services performed on behalf of said fund during the months of September 2023 through

November 2023 in the amount of $6,720.

Dated: January __, 2024
       February 2

_____
Colleen McMahon
United States District Judge