UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SETH D. HARRIS, Acting Secretary of
Labor, United States Department of
Labor,

          Plaintiff,            Civil Action No.
                                             12-CV-1511(CM)(GWG)
   v.

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL         **ORDER**
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,

          Defendants.
------------------------------------X

THIS MATTER having come before the Court on the March 21, 2024 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund"), for fees for services performed by the Independent Fiduciary from December 1, 2023 through February 29, 2024 and services performed by the law firm of Stulberg & Walsh, LLP on behalf of the Pension Fund from September 1, 2023 through February 29, 2024 and expenses incurred during said period, and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary shall be compensated by the Pension Fund for work performed during the months of December 2023 through February 2024 and the law firm of Stulberg & Walsh, LLP shall be compensated by the Pension Fund for work performed and expenses incurred in this matter during the months of September 2023 through February 2024 as follows:

$5,009.18 to Stulberg & Walsh, LLP

$9,590.00 to the Independent Fiduciary

Dated: March __, 2024

April 25, 2024

Colleen McMahon
United States District Judge