```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SETH D. HARRIS, Acting Secretary of    :
Labor, United States Department of
Labor,
                                       :
             Plaintiff,                    Civil Action No.
                                       :   12-CV-1511(CM)(GWG)
      v.
                                       :
JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN
HAMILTON, MICHELE SULLIVAN, JOHN       :
WALSH, EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. PENSION PLAN, EXHIBITION    **ORDER**
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY  :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,          :

             Defendants.               :

----------------------------------------X

THIS MATTER having come before the Court on the July 19, 2024 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund"), for fees for services performed by the Independent Fiduciary from March 1 through May 30, 2024 and services performed by the law firm of Stulberg & Walsh, LLP on behalf of the Pension Fund from March 1 through May 30, 2024 and expenses incurred during said period, and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary shall be

compensated by the Pension Fund for work performed during the months of March through May 2024 and the law firm of Stulberg & Walsh, LLP shall be compensated by the Pension Fund for work performed and expenses incurred in this matter during the months of March through May 2024 as follows:

$ 560.50 to Stulberg & Walsh, LLP

$6,230.00 to the Independent Fiduciary

Dated: July Sept 4, 2024

_____
Colleen McMahon
United States District Judge