UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SETH D. HARRIS, Acting Secretary of
Labor, United States Department of
Labor,

             Plaintiff,

    v.

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,

             Defendants.
------------------------------------X

Civil Action No.
12-CV-1511(CM)(GWG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024

THIS MATTER having come before the Court on the October 22, 2024 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund"), for fees for services performed by the Independent Fiduciary from June 1 through August 31, 2024 and expenses incurred by the law firm of Stulberg & Walsh, LLP during said period, and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary shall be compensated by the Pension Fund for work performed during the

months of June through August 2024 and the law firm of Stulberg & Walsh, LLP shall be compensated by the Pension Fund for expenses incurred in this matter during the same period, as follows:

$13.90 to Stulberg & Walsh, LLP

$11,830 to the Independent Fiduciary

Dated: October __, 2024
       November 26

_____
Colleen McMahon
United States District Judge