UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SETH D. HARRIS, Acting Secretary of
Labor, United States Department of
Labor,

              Plaintiff,

    v.

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,

             Defendants.
---------------------------------------X

Civil Action No.
12-CV-1511(CM)(GWG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2025

    THIS MATTER having come before the Court on the March 24, 2025 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund"), for fees for services performed by the Independent Fiduciary on behalf of the Pension Fund from December 1, 2024 through February 28, 2025 and for services performed by the law firm of Stulberg & Walsh, LLP on behalf of the Pension Fund during the same period; and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

    **ORDERED**, that the Independent Fiduciary shall be

compensated for work performed on behalf of the Pension Fund during the months of December 1, 2024 through February 28, 2025, in the amount of $7,455.00 and that the firm of Stulberg & Walsh, LLP be compensated for work performed and expenses incurred on behalf of the Pension Fund during the same period in the amount of $6,092.00.

Dated: March ___, 2025  *April 24*

Colleen McMahon
United States District Judge