UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SETH D. HARRIS, Acting Secretary of          :
Labor, United States Department of
Labor,

                          Plaintiff,          :

          v.          :

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN          :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL          :
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY          :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,          :

                  Defendants.          :

----------------------------------------X

Civil Action No.
12-CV-1511(CM)(GWG)

**ORDER**

    THIS MATTER having come before the Court on the

June 24, 2025 application of Judith P. Broach, Independent

Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E.

Pension Plan ("the Pension Fund"), for fees for services

performed by the Independent Fiduciary on behalf of the Pension

Fund from March 1 through May 31, 2025 and for services

performed and expenses incurred by the law firm of Stulberg &

Walsh, LLP on behalf of the Pension Fund during the same period;

and no opposition having been filed to the application by any

party to the above-captioned action, and the Court having

reviewed the application papers; it is hereby

    **ORDERED**, that the Independent Fiduciary shall be

compensated for work performed on behalf of the Pension Fund
during the months of March 1 through May 31, 2025, in the amount
of $6,775.00 and that the firm of Stulberg & Walsh, LLP be
compensated for work performed and expenses incurred on behalf
of the Pension Fund during the same period in the amount of
$1,739.59.

Dated:    July 24, 2025

Colleen McMahon
United States District Judge