UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SETH D. HARRIS, Acting Secretary of :
Labor, United States Department of
Labor,
                                     :
              Plaintiff,             :   Civil Action No.
                                         12-CV-1511(CM)(GWG)
       v.                            :

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,  :
MANUEL FARINA, JOHN T. HALL, JOHN
HAMILTON, MICHELE SULLIVAN, JOHN     :
WALSH, EXHIBITION EMPLOYEES LOCAL    :   **ORDER**
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,        :

              Defendants.            :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/25

THIS MATTER having come before the Court on the September 30, 2025 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund"), for fees for services performed by the Independent Fiduciary on behalf of the Pension Fund from June 1 through August 31, 2025 and for services performed and expenses incurred by the law firm of Stulberg & Walsh, LLP on behalf of the Pension Fund during the same period; and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary shall be

compensated for work performed on behalf of the Pension Fund during the months of June 1 through August 31, 2025, in the amount of $9,695.00 and that the firm of Stulberg & Walsh, LLP be compensated for work performed and expenses incurred on behalf of the Pension Fund during the same period in the amount of $4337.44.

Dated: October 30, 2025

_____
Colleen McMahon
United States District Judge