UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
SETH D. HARRIS, Acting Secretary of    :
Labor, United States Department of
Labor,

                               :

                Plaintiff,           Civil Action No.
                             :    12-CV-1511(CM)(GWG)

     v.

                             :

JOHN V. MCNAMEE, JR., KEVIN DUNPHY,
MANUEL FARINA, JOHN T. HALL, JOHN    :
HAMILTON, MICHELE SULLIVAN, JOHN
WALSH, EXHIBITION EMPLOYEES LOCAL    :   **ORDER**
829 I.A.T.S.E. PENSION PLAN, EXHIBITION
EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY  :
FUND, and EXHIBITION EMPLOYEES LOCAL
829 I.A.T.S.E. VACATION FUND,      :

              Defendants.      :

--------------------------------------------X

    THIS MATTER having come before the Court on the
March 31, 2026, application of Judith P. Broach, Independent
Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E.
Pension Plan ("the Pension Fund"), for fees for services
performed by the Independent Fiduciary on behalf of the
Pension Fund from December 1, 2025 through February 28, 2026,
and for services performed and expenses incurred by the law
firm of Stulberg & Walsh, LLP on behalf of the Pension Fund
during the same period; and no opposition having been filed to
the application by any party to the above-captioned action,
and the Court having reviewed the application papers; it is
hereby

    **ORDERED**, that the Independent Fiduciary shall be

Case 1:12-cv-01511-CM    Document 216    Filed 04/01/26    Page 2 of 2

compensated for work performed on behalf of the Pension Fund during the months of December 1,2025 through February 28, 2026, in the amount of $8,295.00 and that the firm of Stulberg & Walsh, LLP be compensated for work performed and expenses incurred on behalf of the Pension Fund during the same period in the amount of $303.10.

Dated:    April 6 , 2026

Colleen McMahon
United States District Judge