Case 1:12-cv-01511-CM Document 219 Filed 06/30/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

JOHN V. MCNAMEE, JR., KEVIN DUNPHY, MANUEL FARINA, JOHN T. HALL, JOHN HAMILTON, MICHELE SULLIVAN, JOHN WALSH, EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. PENSION PLAN, EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. ANNUITY FUND, and EXHIBITION EMPLOYEES LOCAL 829 I.A.T.S.E. VACATION FUND,

Defendants.

Civil Action No.
12-CV-1511(CM)(GWG)

**ORDER**

THIS MATTER having come before the Court on the June 30, 2026 application of Judith P. Broach, Independent Fiduciary of the Exhibition Employees Local 829 I.A.T.S.E. Pension Plan ("the Pension Fund"), for fees for services performed by the Independent Fiduciary on behalf of the Pension Fund from March 1 through May 31, 2026 and for services performed and expenses incurred by the law firm of Stulberg & Walsh, LLP on behalf of the Pension Fund during the same period; and no opposition having been filed to the application by any party to the above-captioned action, and the Court having reviewed the application papers; it is hereby

**ORDERED**, that the Independent Fiduciary shall be

compensated for work performed on behalf of the Pension Fund during the months of March 1 through May 31, 2026, in the amount of $3,500.00 and that the firm of Stulberg & Walsh, LLP be compensated for work performed and expenses incurred on behalf of the Pension Fund during the same period in the amount of $766.90.

Dated: July 30, 2026

Colleen McMahon
United States District Judge